IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GARY LOUIS BERRY,<br>Plaintiff,<br><br>v.<br><br>THOMAS SEVERIT and<br>PROVEST LLC,<br>Defendants. | Case No. 20–CV–00229–JPG |

### JUDGMENT

This matter having come before the Court,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Gary Louis Berry's Complaint against Defendants Thomas Severit and Provest LLC is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction and failure to respond to the Court's Order to Show Cause.


**Dated: Monday, June 1, 2020**         **MARGARET M. ROBERTIE**
                                        **CLERK OF COURT**

                                        **s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
              **J. PHIL GILBERT**
              **UNITED STATES DISTRICT JUDGE**