IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GARY LOUIS BERRY,
Plaintiff,

v.

Case No. 20–CV–00229–JPG

THOMAS SEVERIT and
PROVEST LLC,
Defendants.

# JUDGMENT

This matter having come before the Court,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Gary Louis Berry's Complaint against Defendants Thomas Severit and Provest LLC is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

**Dated: Tuesday, June 23, 2020**      **MARGARET M. ROBERTIE**
**CLERK OF COURT**

**s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
**J. PHIL GILBERT**
**UNITED STATES DISTRICT JUDGE**